**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-CR-143 (RC)** |
| | : | |
| v. | : | |
| | : | |
| **BENJAMIN H. TORRE,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF ERRATA**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of errata to its Complaint and Arrest Warrant, filed on February 2, 2021, in order to correct the defendant's middle name. The Complaint and Arrest warrant listed the defendant's middle name as Henry; the defendant's middle name is Harry.

                                                Respectfully submitted,

                                                MICHAEL R. SHERWIN
                                                ACTING UNITED STATES ATTORNEY

By:    /s/ *Kimberley C. Nielsen*
                 Kimberley C. Nielsen
                 Assistant United States Attorney
                 N.Y. Bar No. 4034138
                 555 4th Street, N.W., Room 9913
                 Washington, D.C. 20530
                 Phone: 202-252-7418
                 Email: Kimberley.Nielsen@usdoj.gov