AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
BENJAMIN HENRY TORRE

)
)
) Case: 1:21-mj-00191
) Assigned to: Judge Faruqui, Zia M
) Assign Date: 2/2/2021
) Description: COMPLAINT W/ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Benjamin Henry Torre
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1), (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. 5104(e)(2)(C)(i), (D) & (G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 02/02/2021

2021.02.02
19:38:05 -05'00'
*Issuing officer's signature*

City and state: Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 02/2/21, and the person was arrested on *(date)* 02/09/21
at *(city and state)* Dawsonville, GA

Date: 02/09/21

*Arresting officer's signature*

Benjamin Green   FBI TFO
*Printed name and title*