#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.: 21-cr-143 (RC)** |
| **v.** : | |
| : | |
| **BENJAMIN HENRY TORRE,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Detailee Jacob Steiner, as counsel for the United States, is terminating his appearance as counsel of record in this matter, as he was only standing in as counsel for the initial appearance held on March 3, 2021. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    D.C. Bar No. 415793

By:   /s/ *Jacob R. Steiner*
    Jacob R. Steiner
    California Bar No. 325239
    Trial Attorney, Detailee
    555 4th Street, N.W.
    Washington, D.C. 20001
    (202) 924-5829
    Jacob.Steiner@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 17th day of August, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

/s/ *Jacob R. Steiner*
Jacob R. Steiner
Trial Attorney, Detailee