To: The Honorable Rudolph Contreras
United States District Judge

My name is Vicki Eitel and I am a homemaker. I am honored to attest to Ben Torre's exceptional character and integrity.

I have known Ben since he was 18 months old. Our families have been good friends for 20 years. We homeschooled our children together, participated in many of the same organizations such as Boy Scouts of American, Civil Air Patrol, and Forsyth Christian Home Educators and worked together on community service projects. Ben and my son have been close friends since they were five years old. I have had the opportunity to spend countless hours with Ben and watch him grow into a mature and responsible young man. I have observed Ben in many different situations and can attest that he is trustworthy, dependable, loyal, honest, generous, and considerate individual, and an outstanding citizen.

It is my understanding that Ben is being charged in regards to the events that took place at the US Capital on January 6th. Ben has shared his regret over what happened. My opinion of Ben and his character has not changed.

Ben has demonstrated a love and respect for his country and community all of his life. First through the Boy Scouts of America where he earned the level of eagle scout. He participated in many community service projects and always sought to make his community a better place. He was always willing to lend a helping hand.

He also participated in the Civil Air Patrol and would drop everything at a moment's notice and sacrifice his time to help with search and rescue operations for downed aircraft. He is someone you can count on when help is needed and he has a willing servant's heart. In both these organizations, he strove to do everything with excellence, honesty and integrity.

Ben was also a life guard at the Forsyth County Pool. Ben has always been willing to help his fellow man whenever needed. While on vacation as a young teen, he and his brother heard a woman screaming for help in the ocean. They selflessly rushed into the water to save her husband who had suffered a heart attack while swimming. Had it not been for their quick response, the man would have died.

Ben is someone who can be highly trusted. When we go out of town for more than a few days, he is the one we trust to watch over and protect our home. We entrust him with the our cars, home, valuables and pet. I have no hesitation in giving him my complete trust.

Knowing Ben as well as I do, I can state that he has the highest moral standards and integrity. I am confident he would never seek to break the law nor cause harm to any property or person. He consistently seeks to do what is right in any and all situations. It is my hope that the court will take this into consideration during the proceedings.

If you would like to discuss this further, please feel free to contact me at █████████████

Regards,

Vick Eitel

Honorable Rudolph Contreras

United States District Judge


A bit of background of myself:

My Name is Phil Torre, my work career of nearly 40 years has been working as a Professional Engineer in the manufacturing industry.  Providing US made products supplying the infrastructure for the electrical construction industry.  Positions of project, sales, manufacturing, and product design engineering, along with product line, estimating, and plant manager titles.

As a character reference for Benjamin Torre:

I've known Ben his entire life as he is my nephew.  Ben as a Boy Scout earned his Eagle Scout status before many others his age as a result of competition with his older brother.  Would guess it's been 10 years since Governor of Texas Rick Perry recognized Ben and his brother for saving the lives of a woman and her husband who were caught in red flag swimming conditions off the gulf coast of Florida.  The husband died later of a heart attack.   Ben has always been a very personable young man willing to help and work with others.  Smart, well educated, and trustworthy.  I'll keep it short; Ben is the type of role model that others would be well advised to refine their parenting skills toward.  Like all of us, intermittent slight missteps are a learning tool exercised in the acquisition of wisdom.  Ben is a quick learner.


Thank You for the opportunity to share some information about a really great nephew anyone would be happy to claim.


Phil Torre

To whom it concerns,

My name is Hans Metz, I am a program director at Lanier Technical College in Gainesville Georgia

I know Mr. Ben Torre for 3 years. He started my Marine Engine Technology program 2020 and have regular contact with him since. Ben was an exceptional student with lots of qualifications. He competed in the Skills USA. State competition where he got first place and therefore was eligible to compete in the Skills USA National competition where Ben again got first place.

Mr. Ben Torre is quite a unique character, he is a hard worker and loyal to his employer. In class he is well liked and always ready to help fellow students. Mr. Ben Torre is always showing safety or will guide students to do the same. I am firm believer that Mr. Ben Torre will be in a leadership role.

I have seen Ben multiple times helping or correcting fellow students, what gives me the indication for a great leader. Ben always was busy learning and exploring new things. If I asked him to assist me in having some processes in place for future lab assignments, he always was willing to help and assist.

Mr. Ben Torre confessed to me the mistake he made at The Capitol. That is why he wasn't in class and why he didn't answer his phone one day. Also, as a student and proud US Citizen he asked me if he could explain to his fellow students what happened. He has expressed in full class, remorse and sorrow for his mistake and told them never make the same mistake. In mine opinion Ben Torre is an exceptional man of great character. I hope that who ever reads this will consider no penalty for his action at The Capital and clear his name so if he has any aspirations in the future he will not be hindered.

Best regards,

Hans Metz,

June 14, 2022

The Honorable Rudolph Contreras

United States District Judge

Re:   Character Reference for Benjamin Torre

Judge Contreras,

My name is David Eitel, and I'm the Chief Financial Officer for Contemporary Marketing Group, Inc., the largest flooring sample supplier in the country to The Home Depot.

I have known Benjamin Torre for approximately 17 years, as he and my son were best friends growing up for most of that time. It was my privilege to be a Boy Scout leader during several of those years and got to watch Ben mature and develop into a fine young man, even earning Eagle Scout honors during that time. I'm also reminded of the national award he and his brother received for a life-saving exploit while on vacation on the Gulf coast.

I have always known Ben to be honest and diligent in his work, and respectful of others. If mistakes were made during his attendance at the Capitol rallies, I do not believe, based on what I know of his character, that they were malicious in any way. I do know that Ben loves his country and its people.

Thank you for your consideration.

*David A. Eitel*

David A. Eitel

Cumming, Georgia